■ EDGEWATER CONSTRUCTION CO., INC., Respondent-Appellant, v 81 & 3 OF WATERTOWN, INC., et al., Defendants, MARY RIPPER, Appellant-Respondent, and BELLA VISTA GROUP, INC., Respondent. (Appeal No. 1.) [805 NYS2d 898]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered September 23, 2004. The order, inter alia, awarded plaintiff $467,686 plus interest, costs and disbursements against defendant Mary Ripper.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Green, Pine, Lawton and Hayes, JJ.